In re Petition for DISCIPLINARY ACTION AGAINST Michael H. RANDALL, an Attorney at Law of the State of Minnesota.

No. C3-96-721.

Supreme Court of Minnesota.

Sept. 26, 1996.

*ORDER*

PAGE, Justice.

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed a petition alleging that respondent Michael H. Randall has committed professional misconduct, and

WHEREAS, following respondent's answer to the petition, this matter was heard by a referee of this court, and

WHEREAS, following a hearing, the referee has filed findings of fact, conclusions of law, and a recommendation that respondent be disbarred,

IT IS HEREBY ORDERED that, pursuant to Rule 16(e), Rules on Lawyers' Professional Responsibility, Michael H. Randall is suspended from the practice of law pending final disposition of this matter.

BY THE COURT:

/s/   Alan C. Page
Alan C. Page
Associate Justice